# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE LAMAR PANNELL,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 JUN -8 AM 11: 57
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
DIV. COLUMBUS

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about April 21, 2023, in the Southern District of Ohio, the defendant, **JAMIE LAMAR PANNELL**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Smith and Wesson, M&P9, 9mm caliber pistol, bearing serial number MRM1947, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT TWO
### (Felon in Possession of a Firearm)

2. On or about May 11, 2023, in the Southern District of Ohio, the defendant, **JAMIE LAMAR PANNELL**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Glock,

19x, 9mm caliber pistol, bearing serial number BPXY679, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT THREE
### (Possession of a Machinegun)

3. On or about May 11, 2023, in the Southern District of Ohio, the defendant, **JAMIE LAMAR PANNELL,** did knowingly possess a machinegun, that is, a Glock, 19x, 9mm caliber pistol, bearing serial number BPXY679, with an attached conversion device, commonly referred to as a "Glock switch," which is a part or combination of parts designed and intended for use in converting a weapon into a machinegun.

**In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).**

## COUNT FOUR
### (Felon in Possession of a Firearm)

4. On or about May 24, 2023, in the Southern District of Ohio, the defendant, **JAMIE LAMAR PANNELL,** knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: one Glock, 19x, 9mm caliber pistol, bearing serial number BRBT318; one Smith and Wesson, M&P 15-22, .22 caliber rifle, bearing serial number DFK6155; one Ruger, 57, 5.7x28mm caliber pistol, bearing serial number 641-15714; one HS Produkt, XD-40 Sub-Compact, .40 caliber pistol, bearing serial number XD468766; one Ruger, LC9S, 9mm caliber pistol, bearing serial number 328-15497; and one Smith and Wesson, Model 10, .38 caliber revolver, bearing serial number D852681, said firearms having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT FIVE
### (Possession of a Machinegun)

5. On or about May 24, 2023, in the Southern District of Ohio, the defendant, **JAMIE LAMAR PANNELL,** did knowingly possess a machinegun, that is, a Glock, 19x, 9mm caliber pistol, bearing serial number BRBT318, with an attached conversion device, commonly referred to as a "Glock switch," which is a part or combination of parts designed and intended for use in converting a weapon into a machinegun.

**In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

6. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

7. Upon conviction of any offense alleged in this Indictment, the defendant, **JAMIE LAMAR PANNELL,** shall forfeit to the United States, in accordance with 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Smith and Wesson, M&P9, 9mm caliber pistol, bearing serial number MRM1947;

- One Glock, 19x, 9mm caliber pistol, bearing serial number BPXY679;

- One Glock, 19x, 9mm caliber pistol, bearing serial number BRBT318;

- One Smith and Wesson, M&P 15-22, .22 caliber rifle, bearing serial number DFK6155;

- One Ruger, 57, 5.7x28mm caliber pistol, bearing serial number 641-15714;

- One HS Produkt, XD-40 Sub-Compact, .40 caliber pistol, bearing serial number XD468766;

- One Ruger, LC9S, 9mm pistol, bearing serial number 328-15497;

- One Smith and Wesson, Model 10, .38 caliber revolver, bearing serial number D852681;

- Any associated ammunition.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/Foreperson
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ELIZABETH GERAGHTY (0072275)**
Assistant United States Attorney